# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No: 2:15-cv-01172-JRG-RSP |
| § | |
| AMERICAN EXPRESS COMPANY § | PATENT CASE |
| § | |
| Defendant. § | |
| § | |
| _____ § | |

## AGREED MOTION TO DISMISS DEFENDANT
## AMERICAN EXPRESS COMPANY WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement ("Settlement Agreement"), Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant American Express Company ("AMEX") file this agreed motion to dismiss with prejudice. All claims between the parties have been resolved.

The parties, therefore, move this Court to dismiss this action and all claims by Symbology against AMEX with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Dated: September 1, 2015         Respectfully submitted,

                                               */s/Jay Johnson*
                                               **JAY JOHNSON**
                                               State Bar No. 24067322
                                               **BRAD KIZZIA**
                                               State Bar No. 11547550
                                               **ANTHONY RICCIARDELLI**
                                               State Bar No. 24070493
                                               **KIZZIA JOHNSON PLLC**
                                               750 N. St. Paul Street, Suite 1320
                                               Dallas, Texas 75201
                                               (214) 613-3350
                                               Fax: (214) 613-3330
                                               jay@kjpllc.com
                                               bkizzia@kjpllc.com
                                               anthony@brownfoxlaw.com

                                           **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Court Rule CV-7(i), I certify that on September 1, 2015, Jay Johnson, counsel for Plaintiff Symbology Innovations, LLC, conferred with Ms. Maxine Graham, Chief IP Counsel for Defendant American Express Company regarding this Motion. Ms. Graham confirmed that Defendant agrees with the Motion.

                                               /s/Jay Johnson
                                               Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 1, 2015.

                                               */s/Jay Johnson*
                                               Jay Johnson