# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No: 2:15-cv-01172-JRG-RSP |
| | § | |
| AMERICAN EXPRESS COMPANY | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

## ORDER OF DISMISSAL OF DEFENDANT AMERICAN EXPRESS COMPANY WITH PREJUDICE

On this day the Court considered the Agreed Motion to Dismiss American Express Company with Prejudice, filed by Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant American Express Company ("AMEX"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Symbology against AMEX are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED** this the **14** day of **December, 2015.**

_____
Thad Heartfield
United States District Judge